IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DAMION BURNS, | * |
| Plaintiff, | * |
| v. | Case No.  1:21-CV-15 (LAG)(TQL) |
| | * |
| SHERIFF ERIC BRYANT, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 5, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 5th day of May, 2021.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk